930 A.2d 1263

**Randal V. KLINE and Carol L. Kline, Appellants**

**v.**

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

Aug. 20, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of August, 2007, the order of the Commonwealth Court is affirmed.